UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

REPORT OF MEDIATOR

To: Clerk, U.S. District Court
James T. Foley U.S. Courthouse
445 Broadway, Room 509
Albany, New York 12207-2936

Telephone: (518) 257-1804
Fax:       (518) 257-1801

Re: _Darrah v Friendly_

Civil No.: 04-CV-0396

Upon completion of mediation and in accordance with Local Rule 83.11-6(1), the following reports is submitted for filing with the clerk's office:

☑ **Case has settled.** Parties have been instructed to notify the ADR Administrator and promptly prepare and file the appropriate stipulation of dismissal, in accordance with Local Rule 83.11-6(2). *If this is an action by or on behalf of Infant(s) and/or Incompetent(s), pursuant to Local Rule 17.1(a):* "An action by or on behalf of an infant or incompetent shall not be settled or compromised, or voluntarily discontinued, dismissed or terminated, without leave of the court embodied in an order, judgment or decree."

☐ **Case has settled in part.** Parties have been instructed to file a stipulation concisely setting forth the resolved claims within five business days from conclusion of mediation, in accordance with Local Rule 83.11-6(3).

☐ **Case did not settle.** The case will proceed toward trial pursuant to the scheduling order entered in the case, in accordance with Local Rule 83.11-6(4).

Date: 5/5/05

Signature of Mediator

MARK T. WALSH
Printed/Typed Name of Mediator